

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EDWIN JONATHAN REYNOSO, | § | No. 08-12-00324-CR |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | 283rd District Court |
| THE STATE OF TEXAS, | § | of Dallas County, Texas |
| Appellee. | § | (TC# F-1057221-T) |
| | § | |

## <u>MEMORANDUM OPINION</u>

Pending before the Court is Appellant's motion to dismiss the appeal pursuant to Tex.R.App.P. 42.2(a). As required by that rule, the motion to dismiss is signed by Appellant and his attorney. Further, the Clerk of this Court has forwarded a duplicate copy of the motion to the clerk of the trial court. Because Appellant has established compliance with the requirements of Rule 42.2(a), we grant the motion and dismiss the appeal.


February 12, 2014

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.

(Do Not Publish)